

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Brittney Blackmon

                        **Plaintiff,**

V.

Ad Astra Recovery Services, Inc.

                        **Defendant.**

Civil Action No.   20cv0800-CAB-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, Defendant's motion for summary judgment is GRANTED, and Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. JUDGMENT is entered in favor of Defendant and against Plaintiff.
It is SO ORDERED.

**Date:**     4/20/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard
                        A. Hazard, Deputy